John W. Ellis, Respondent, v. Traders and Travellers' Accident Company of ·New York and George E. Keeler, Appellants. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Frank Van Ree, Appellant.— Motion denied.

Anna Woerishoffer, Respondent, v. Sidney W. Peoples, Appellant, Impleaded. — Motion denied, with ten dollars costs.

Edward F. Browning, Appellant, v. Meyer L. Sire, Respondent, Impleaded. — Motion to dismiss appeal granted, with ten dollars costs.

Thomas B. Hewitt and Others, Respondents, v. Louise N. Bixby, Appellant. — Motion to dismiss appeal granted, with ten dollars costs.

Anita Howell, Respondent, v. Otto C. Heinze and Others, Appellants, Impleaded, etc.— Motion denied upon condition that appellants have their appeal ready for argument at the March term. ·

Nelson A. McGill, Respondent, v. John F. Brady and Others, Appellants.— Motion denied on terms stated in order.

The James McCreary Realty Corporation, Respondent, v. Equitable National Bank of New York, Appellant.— Motion denied, with ten dollars costs.

In the Matter of Michael O'Sullivan.— Motion denied. ·Settle order on notice.

Rika Saphir, Respondent, v. The Terry and Tench Company, Appellant.— Motion denied, with ten dollars costs.

Mary Reynolds, Respondent, v. Alven Beveridge and Others, Appellants.— Motion denied, with ten dollars costs.

The People of the State of New York v. Lena Brecht.— Motion granted. Settle order on notice.

Dierck Schomacker v. Sophia Michaels.— Motion denied.

Frederick C. Withers and Others v. The City of New York.— Motion granted. Settle order on notice.

St. John Wood and Others v. John C. Proudman.— Motion denied, with ten dollars costs. ·

· Birdie S. Sternberger v. Louis Sternberger.—. Motion granted. Settle order on notice.

E. Lawrence Fell, as President, etc., v. George L. Berry, as President, etc.— Stay vacated. Settle order on notice.

Bankers' Money Order Association v. Friedrich Nachod and Others.— Motion denied on condition that appellants have appeal ready for March term.

Harris Epstein and Another v. Morris Lazarus.— Motion denied on condition that appellant have appeal ready for April term.

Marie S. Wiggins v. George M. Burr.— Motion granted, with ten dollars costs.

William Wright and· Others v. Edgar Whitlock, Individually, etc.— Motion granted, with ten dollars costs.